Morenike Coker
77 W. Coolidge Street
Phoenix, AX 85013
(314)288-8847



# IN THE UNITED STATES DISTRIT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morenike Coker, | ) No.: CV-14-01420-PHX-DKD |
| Plaintiff, | ) |
| vs. | ) |
| Education Management LLC, a foreign LLC in Arizona | ) COMPLAINT |
| Defendant. | ) |

## Jurisdiction

This is a question of a violation against Title VII of The Civil Rights Act of 1964, as amended which arises under federal law. Defendant is a resident of Arizona and Defendant is a foreign LLC in Arizona, domiciled in Delaware, with members in Pittsburg.

## Complaint

### COUNT I

On or about May 26, 2013 female Plaintiff was subject to unwelcome and inappropriate sexual comments from Defendant's male supervisor.

### COUNT II

On or about June 2013, Plaintiff made a report to human resources about male supervisor, who following the report; Defendant had been subjecting Plaintiff to the following retaliatory actions: Plaintiff experienced Defendant had closer scrutiny of Plaintiff's work, issued two write ups and denial of promotional opportunities. Plaintiff experienced the creation of a hostile, intimidating, and abusive environment.

## COUNT III

Defendant subjected female Plaintiff to inappropriate jokes about the female body in meetings and comments about other women's attractiveness.

## COUNT IV

On or about September 17, 2013 Plaintiff was placed on paid administrative leave and filed a formal complaint with the EEOC. On or about September 27, Defendant participated in opposing employment practices that terminated Plaintiff from the company.

## COUNT V

Defendant participated in extreme and outrageous conduct by asking Plaintiff to stay overtime in order to issue write-ups. Plaintiff was subjected to trainings where Defendant's other supervisors and trainers would overtly abuse the power and special relationship to make inappropriate sexual jokes and make comments about reporting them to human resource department. Additionally, Defendant's Human Resource department would send several supervisors to disrupt Plaintiff's workday and harass Plaintiff as a means to intimidate Plaintiff. Further, Defendant's supervisors would follow Plaintiff to the entrance

of the restroom and await Plaintiff's exist before demanding Plaintiff go to meet Human Resources.

## COUNT VI

Plaintiff experienced spoken defamation of Plaintiff's character as it directly relates to Plaintiff's professional position and credibility. Defendant made several comments impairing Plaintiff's reputation and standing at work where Plaintiff experience personal humiliation, mental anguish and suffering. Defendant stated that Plaintiff was dishonest and claimed that Plaintiff would report anyone to human resources should they converse with the Plaintiff.

**Demand**

WHEREFORE, Plaintiff demands trial by jury on all counts and judgment as to the Defendant for money damages in such amount for restitution in actual damages, punitive damages, as the evidence may show, and an order that plaintiff participates in cultural sensitivity training and implements a strict no-retaliation policy for employees and managers and such other further relief as the Court may deem equitable and just.

Dated:
June 23, 2014

Morenike Coker
77 W. Coolidge Street #204
Phoenix, AZ 85013
(314)288-8847